# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN YU,<br><br>    Plaintiffs,<br><br>vs.<br><br>NEWPORT EMERGENCY<br>MEDICAL GROUP, INC.<br><br>    Defendants. | Case No.: 8:19-cv-01067-JLS-ADS<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>[Honorable Josephine L. Staton] |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED IN ITS ENTIRETY WITH PREJUDICE, with each party bearing that party's own attorney's fees and costs. The Court retains jurisdiction over this action to enforce the settlement agreement.

**IT IS SO ORDERED.**

DATED: March 19, 2020

_____
Honorable Josephine L. Staton
United States District Judge

542502.1